**MUSE v. CHARTER HOSPITAL OF WINSTON-SALEM**

[342 N.C. 403 (1995)]

DELBERT JOSEPH MUSE, JR., ADMINISTRATOR OF THE ESTATE OF DELBERT JOSEPH MUSE, III, AND JANE K. MUSE v. CHARTER HOSPITAL OF WINSTON-SALEM, INC. AND CHARTER MEDICAL CORPORATION

No. 73A95

(Filed 8 December 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 117 N.C. App. 468, 452 S.E.2d 589 (1995), finding no error in a trial that resulted in a judgment for plaintiff entered on 9 January 1992 and an order filed on 11 June 1992 *nunc pro tunc* 5 March 1992 by Ross, J., in Superior Court, Guilford County. Heard in the Supreme Court 14 November 1995.

*Wade E. Byrd for plaintiff-appellees.*

*Smith Helms Mulliss & Moore, L.L.P., by Bynum M. Hunter and Alan W. Duncan; and Ricci, Hubbard, Leopold & Frankel, P.A., by James R. Hubbard, for defendant-appellants.*

*Poyner & Spruill, L.L.P., by Benjamin P. Dean, on behalf of North Carolina Association of Defense Attorneys, amicus curiae.*

*Ferguson, Stein, Wallas, Adkins, Gresham & Sumter, P.A., by Adam Stein; and Elizabeth F. Kuniholm on behalf of North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.

Chief Justice MITCHELL and JUSTICE ORR did not participate in the consideration or decision of this case.